[Nos. 31437-1-II; 32987-5-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH W. BLAND III, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00424-6, David E. Foscue, J., entered January 26, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31522-0-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STACEY R. BALES, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00452-9, Toni A. Sheldon, J., entered February 26, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 31693-5-II. Division Two. May 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIC STEVEN NELLO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04698-5, Stephanie A. Arend, J., entered April 26, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 31886-5-II. Division Two. May 17, 2005.]

ANN JONES-ALMLIE, *Appellant*, v. PUYALLUP SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-09197-6, Sergio Armijo, J., entered June 24, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.